# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CEBALLOS, | CV F   03 5801 OWW SMS P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ISSUED SEPTEMBER 24, 2003 (Doc. 13.) |
| v. | |
| FOUCH, et. al., | |
| Defendants. | |

Jesus Ceballos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 9, 2003. On June 30, 2003, the Court issued an Order dismissing the Complaint with leave to amend. Plaintiff was given the option of either filing an Amended Complaint or proceeding with the cognizable Eighth Amendment claim against Defendants Fouch and Flippin only.

On July 28, 2003, Plaintiff filed a Notice of his int to proceed on the Eighth Amendment claim against Defendants Fouch and Flippin only. The Court issued Findings and Recommendations on September 24, 2003, and the parties were granted thirty days to file any objections. (Doc. 13.) Thirty days passed and no one objected to the Findings and Recommendations. From the Court's review of the record, it does not appear that the District Court adopted or rejected the Findings and Recommendations. Nevertheless, the parties proceed with the case as though the Recommendations *were* adopted.

1  On January 12, 2004, Defendants Flippin and Fouch waived service of the Complaint and
2  filed a formal Answer on January 20, 2004.  (Docs.  19, 21, 22.)  The Court issued a
3  Discovery/Scheduling Order on February 20, 2004, and on January 14, 2005, the Defendants
4  filed a Motion for Summary Judgment.[1]  (Doc.  23, 29.)

5  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305,
6  this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
7  the Court finds the Findings and Recommendations to be supported by the record and by proper
8  analysis.

9  Accordingly, the Court HEREBY ORDERS:

10  1. The Findings and Recommendations issued September 24, 2003, are ADOPTED
11    in full.
12  2. This case shall proceed against Defendants Fouch and Flippin only on Plaintiff's
13    Eighth Amendment Claim.

14  The action is referred back to the Magistrate for further proceedings.  IT IS SO ORDERED.

Emm0d6**Dated:    June 21, 2005**           /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

---

[1] The Motion for Summary Judgment is currently pending before the Court.