# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CEBALLOS,<br><br>            Plaintiff,<br><br>     v.<br><br>AARON FOUCH,<br><br>            Defendants.<br>_____/ | CV F   03 5801 OWW SMS P<br><br>ORDER DENYING IN PART AND GRANTING IN PART REQUEST FOR MODIFICATION OF SCHEDULING ORDER (Doc. 33.)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE OPPOSING COUNSEL WITH TELEPHONE ON OR BEFORE SEPTEMBER 29, 2005 |

Jesus Ceballos ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 15, 2005, this Court issued a Second Scheduling Order setting the matter for a Telephonic Trial Confirmation Hearing on October 13, 2005, at 10:00 a.m. and a Motion in Limine Hearing on November 2, 2005, at 10:00 a.m. before the undersigned and Trial on December 6, 2005, at 9:00 a.m. before District Court Judge Wanger.

On July 18, 2005, Defendants moved the Court to modify the Court's Scheduling Order with regard to the Court's requirement that Defendants arrange for Plaintiff's the participation in the Telephonic Trial Confirmation Hearing and Motion in Limine Hearing. Defendants state that

they do not have a current telephone number for Plaintiff as he has been released from state custody and that given Plaintiff's release, he should be required to make his own arrangements for participation in any court proceedings.

Defendant's request is DENIED to the extent Counsel is seeking to be relieved of the obligation to initiate a conference call. Appearance by telephone is a courtesy extended to the parties by the court. Thus, should Counsel for Defendant wish to appear in person, rather than initiate a conference call with Plaintiff, she may do so by notifying Courtroom Deputy Harriet Herman and Plaintiff on or before November 3, 2005.

To the extent Defendant is requesting relief from obtaining Plaintiff's telephone number and ensuring that Plaintiff is available by phone on the date of the hearings, Defendant's request is GRANTED. The address noted by Defendants is also the address on record with the Court for this action. However, no telephone number has been provided by Plaintiff. Thus, Plaintiff will be required to provide Defendants with a telephone number where he can be reached on October 13, 2005 and November 3, 2005, at 10:00 a.m., for the hearings specified above. It is incumbent on Plaintiff to ensure that he is available at the telephone number provided on the dates and times of the telephonic hearings. Should Plaintiff fail to make himself available by phone at the number provided, the case will be dismissed as a sanction. If Plaintiff is notified by Counsel for Defendant that she will be making her appearance in person, Plaintiff must himself call (559) 498-7325 at 10:00 a.m. on both October 13, 2005, and November 3, 2005, to participate in the telephonic hearing, or notify opposing Counsel and the Courtroom Deputy if he himself wishes to appear in person.

The Court HEREBY ORDERS:

1. The Request for modification of the Scheduling Order is DENIED to the extent Defendants request to be relieved of their obligation to initiate a conference call;
2. The Request for modification of the Scheduling Order is GRANTED to the extent Defendants are required to obtain Plaintiff's telephone number and ensure his availability on the date of the telephonic hearings;
3. Plaintiff is ORDERED to submit to Counsel for Defendant a telephone number

1     where he can be reached on October 13, 2005, and November 3, 2005, at 10:00
2     a.m. on or before SEPTEMBER 29, 2005.

3     Plaintiff is forewarned that his failure to provide a phone number to Defendant's Counsel
4 prior to the hearings or is unavailable at the number listed on the date and time of the hearings,
5 the instant action will be dismissed for failure to prosecute.

7 IT IS SO ORDERED.

8 **Dated:   August 1, 2005**                         /s/ Sandra M. Snyder
icido3                                               UNITED STATES MAGISTRATE JUDGE