UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CEBALLOS, | 1:03-cv-05801-OWW-SMS-P |
|        Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 30) |
| vs. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 29) |
| FOUCH, et al., | |
|        Defendants. | |

Plaintiff, Jesus Ceballos ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 14, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis. Plaintiff's
6  verified complaint places in dispute the need for application of
7  force and whether the amount of force used was excessive and for
8  the purpose of inflicting pain and injury.
9  Accordingly, IT IS HEREBY ORDERED that:
10  1.  The Findings and Recommendations, filed June 14, 2005,
11  are ADOPTED IN FULL;
12  2.  Defendants' motion for summary judgment, filed January
13  14, 2005, is DENIED; and,
14  3.  This matter is referred back to the Magistrate Judge
15  for further proceedings.
16  IT IS SO ORDERED.
17  **Dated:   August 15, 2005**              /s/ Oliver W. Wanger
    emm0d6                        UNITED STATES DISTRICT JUDGE